IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VICTORIA SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARING FOR MONTANANS, INC. f/k/a BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., HEALTH CARE SERVICE CORPORATION, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-50-BLG-SPW-KLD<br><br>ORDER |

Defendant Health Care Service Corporation moves for the admission of Dianna Wyrick to practice before this Court in this case with Daniel Auerbach to act as local counsel. Ms. Wyrick's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Dianna Wyrick pro hac vice is GRANTED on the condition Ms. Wyrick shall do her own work. This means that Ms. Wyrick must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Wyrick, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 30th day of June, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge