IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VICTORIA SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-50-BLG-SPW-KLD<br><br>ORDER |

Defendant Health Care Service Corporation moves for the admission of Justin Kontul to practice before this Court in this case with Daniel Auerbach to act as local counsel. Mr. Kontul's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Justin Kontul pro hac vice is GRANTED on the condition that Mr. Kontul shall do his own work. This means that Mr. Kontul must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Kontul may move for the admission pro hac vice of

one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Kontul.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kontul, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 31st day of August, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge