IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VICTORIA SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-50-BLG-SPW<br><br>ORDER |

Defendant Health Care Service Corporation ("HCSC") moves for the admission of Raymond A. Cardozo to practice before the Court in the above captioned matter with Daniel J. Auerbach of Missoula, Montana, designated as local counsel (Doc. 59). The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

**IT IS SO ORDERED** that Defendant Health Care Service Corporation's motion to admit Raymond A. Cardozo to appear *pro hac vice* (Doc. 59) is **GRANTED** and he is authorized to appear as counsel with Daniel J. Auerbach pursuant to L.R. 83.1(d) in the above captioned matter.

1

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 18th day of September, 2024.

SUSAN P. WATTERS
United States District Judge