IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VICTORIA SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-50-BLG-SPW-KLD<br><br>ORDER |

On September 18, 2024 this Court granted Health Care Service Corporation's Motion to admit Raymond A. Cardozo to practice before the Court in the above captioned matter with Daniel J. Auerbach of Missoula, Montana, designated as local counsel (Docs. 59, 60). The applicant attorney, Raymond A. Cardozo, was ordered to file a pleading acknowledging admission within fifteen (15) days of the Court's Order. As of the date of this Order, Mr. Cardozo has not done so. Therefore,

**IT IS HEREBY ORDERED** that Raymond A. Cardozo has up to and including **January 29, 2025** to file a pleading acknowledging admission under the terms outlined in this Court's Order (Doc. 60). Failure to do so will result in the

1

withdrawal of this Court's Order (Doc. 60) authorizing Mr. Cardozo to appear before the Court in the above-captioned matter.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of January, 2025.

SUSAN P. WATTERS
United States District Judge