IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VICTORIA SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-50-BLG-SPW-KLD<br><br><br>ORDER |

Defendant has moved for an order allowing Emily Tucker to appear *pro hac vice* in this case with Daniel J. Auerbach designated as local counsel. (Doc. 81). The application of Ms. Tucker appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Emily Tucker to appear in this Court (Doc. 81) is **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Ms. Tucker must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must

appear and participate personally in all proceedings before the Court;

3.   Admission is personal to Ms. Tucker, not the law firm she works for;

4.   Ms. Tucker shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.   Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.   Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Tucker must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of her admission under the terms set forth above.

DATED this 10th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge